UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVID LEE BLOUNT )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>AJINOMOTO HEALTH AND NUTRITION)<br>        Defendant. ) | **JUDGMENT**<br><br>No. 5:20-CV-356-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to enforce settlement agreement, motion to dismiss and plaintiff's motion to appeal settlement agreement.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 9, 2021, and for the reasons set forth more specifically therein, the court DENIES plaintiff's motion to appeal settlement agreement. The court GRANTS defendant's motion to enforce settlement agreement. Plaintiff's claims are DISMISSED WITH PREJUDICE. Defendant's motion for attorney's fees and costs is DENIED. Defendant's motion to dismiss for lack of jurisdiction is DENIED AS MOOT.

**This Judgment Filed and Entered on June 9, 2021, and Copies To:**
David Lee Blount (via CM/ECF Notice of Electronic Filing)
Regina Worley Calabro (via CM/ECF Notice of Electronic Filing)

June 9, 2021                      PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk